[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13000

Non-Argument Calendar

_____

XIU YING LIEU,

Petitioner,

*versus*

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A076-999-989

_____

2                        Opinion of the Court                        23-13000

Before ROSENBAUM, NEWSOM, and ABUDU, Circuit Judges.

PER CURIAM:

In September 2023, Xiu Ying Lieu filed a petition for review of the Board of Immigration Appeals' ("BIA") 2023 order denying her motion to reopen and terminate removal proceedings. In January 2024, Lieu filed an unopposed motion to dismiss her petition for lack of jurisdiction. Lieu asserts that the BIA granted a motion to reopen and dismiss her removal proceedings, meaning that she is no longer the subject of a final removal order.

Although Lieu's removal order was final at the time she filed the instant petition for review, the BIA's decision to reopen and dismiss her removal proceedings rendered her removal order non-final, thereby depriving us of jurisdiction to consider the petition for review. *See* 8 U.S.C. § 1252(a)(1), (b)(9) & (d); *cf. Jaggernauth v. U.S. Att'y Gen.*, 432 F.3d 1346, 1351-52 (11th Cir. 2005) (concluding that we had jurisdiction after the BIA granted reconsideration but explicitly upheld the earlier removal order).

Accordingly, Lieu's motion to dismiss is GRANTED and this appeal is DISMISSED for lack of jurisdiction.